IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| STIMWAVE TECHNOLOGIES, ) | Bk. No. 22-10541 (TMH) |
| INCORPORATED, et al., ) | BK. BAP No. 23-0006 |
| ) | |
| Debtor. ) | |
| ) | |
| GARY PERRYMAN, ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Action No. 23-1474-JLH |
| v. ) | |
| ) | |
| CURONIX LLC, ) | |
| ) | |
| Appellee. ) | |
| ) | |

**<u>ORDER</u>**

At Wilmington this 9th day of February 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **March 11, 2024.**

2. Appellees' brief in opposition to the appeal is due on or before **April 11, 2024.**

3. Appellant's reply brief is due on or before **April 25, 2024.**

                                                        _____
                                                        The Honorable Jennifer L. Hall
                                                        United States District Judge